IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARIAH GAYLER and
FREDA CRUSE PHILLIPS                                                         PLAINTIFFS

V.                            NO. 1:12-cv-118-SWW

MDOW INSURANCE COMPANY                                                DEFENDANT

JOINT STATUS REPORT AND PROPOSED DISCOVERY PLAN

Pursuant to this Court's Initial Scheduling Order on November 28, 2012 and Federal Rule of Civil Procedure 26(f), the parties submit the following Joint Status Report and Proposed Discovery Plan:

**1.    Any changes in timing, form, or requirements of mandatory disclosures under Fed. R. Civ. P. 26(a):**

The parties anticipate no changes to the timing, form or requirement for disclosures under Rule 26(a) except that the parties agree that Rule 26(a) disclosures shall be made by February 22, 2013.

**2.    Date when mandatory disclosures were or will be made:**

February 22, 2013.

**3.    Subjects on which discovery may be needed:**

Both parties anticipate that discovery will be conducted into the circumstances surrounding the cause and origin of the fire at the Plaintiffs' residence.

Plaintiffs anticipate conducting discovery into Defendant's policy of insurance provided to Plaintiffs including but not limited to coverage and limitations to said policy; Defendant's inspection after the fire and resulting

reports and findings; and the facts supporting Defendant's allegations of the cause of the fire and the alleged misrepresentations by Plaintiffs. Finally, Plaintiff anticipates conducting discovery into the possibility that the fire was the result of a defect in the electrical lines.

Defendant also anticipates conducting discovery into Plaintiffs' claimed damages; facts supporting any motives that the Plaintiffs had for causing the fire; and the alleged misrepresentations during the course of the Defendant's investigation.

**4.     Whether any party will likely be requested to disclose or produce information from electronic or computer based media.**

At this time, the parties do not anticipate any electronic discovery.

**5.     Date by which discovery should be completed.**

The parties propose a proposed discovery cutoff date of July 9, 2013.

**6.     Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.**

None.

**7.     Any orders, *e.g.* protective orders, which should be entered.**

None are anticipated.

**8.     Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.**

The parties do not make any such objection.

**9.     Any objections to the proposed trial date.**

The parties have no objection to the Court's proposed trial setting of the week of September 9, 2013.

**10.** **Proposed deadline for joining other parties and amending the pleadings.**

May 9, 2013.

**11.** **Proposed deadline for filing motions.**

The parties propose dispositive motions be due May 9, 2013.

Respectfully submitted,

MUNSON, ROWLETT, MOORE AND
    BOONE, P.A.
REGIONS CENTER
400 W. CAPITOL, SUITE 1900
LITTLE ROCK, AR 72201
501/374-6535
mark.breeding@hmrmlaw.com


/s/ Mark S. Breeding, Bar No. 89149
Attorney for Defendant

Kim Kelley
Kim Kelley P.A.
104 N. Third Street
Heber Springs, AR 72543

/s/Kim Kelley, Bar No. 92187

CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2013, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Kim Kelley
Kim Kelley P.A.
104 N. Third Street
Heber Springs, AR 72543


/s/ Mark S. Breeding, Bar No. 89149