IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARIAH GAYLER and          *
FREDA CRUSE PHILLIPS,       *
                            *
            Plaintiffs      *
vs.                         *          No. 1:12-cv-00118-SWW
                            *
                            *
MDOW INSURANCE COMPANY,     *
                            *
            Defendant.      *

ORDER

  Plaintiffs Mariah Gayler and Freda Cruse Phillips bring this action against

defendant MDOW Insurance Company seeking to recover under a homeowner's

insurance policy issued by defendant as a result of a fire that occurred on July 6, 2012, in

Mountain View, Arkansas.[1]  On June 7, 2013, the Court issued a Final Scheduling Order

[doc.#6] establishing, *inter alia*, a trial date of December 9, 2013, in Batesville, Arkansas,

and a due date of November 8, 2012, for the parties to file their Pretrial Disclosure Sheet.

Defendant has timely filed its Pretrial Disclosure Sheet but plaintiffs have neglected to

file theirs.

  Defendant states in its Pretrial Disclosure Sheet that the plaintiffs have indicated

an intent to file a motion to voluntarily dismiss this action in order to give the plaintiffs

additional time to obtain evidence regarding Entergy and the electrical usage at the house

---

[1] The policy of insurance being sued upon was in effect from June 28, 2011 to June 28, 2012.  It is not clear if the complaint's reference to the fire occurring on July 6, 2012, is thus in error.

and for that reason, defendant has not filed any motions believing the case would be dismissed.  Indeed, in response to a query from the Court's Courtroom Deputy, counsel for plaintiffs stated in an email dated October 21, 2013, that she anticipated requesting a dismissal without prejudice and did not anticipate going to trial on the date scheduled. Since that time, however, no motion for a voluntary dismissal has been filed, the Court's emails to counsel for plaintiffs have gone unanswered, and the Court's Jury Administrator advises the Court that the jury clerks are going to have to summon the Batesville jurors by Wednesday of this week.

In light of plaintiffs' representations, the Court hereby vacates the Court's Final Scheduling Order and cancels the trial scheduled for December 9, 2013.  The Court directs that on or before December 20, 2013, plaintiffs either file a motion for voluntary dismissal without prejudice or file a report addressing the status of this action, including whether an Amended Final Scheduling Order needs to be issued.[2]

IT IS SO ORDERED this 26th  day of November 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[2] Should plaintiffs desire that an Amended Final Scheduling Order be issued, the Court, in light of this late cancellation of the trial and the limited times the Batesville Courtroom is available, anticipates resetting this action for trial in Little Rock, Arkansas, absent sufficient reasons from plaintiffs why any resetting of the trial should remain in Batesville.  Of course, defendant can weigh in on these issues as well.