IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARIAH GAYLER and
FREDA CRUSE PHILLIPS                                                   PLAINTIFFS

V.                                      NO. 1:12-cv-118-SWW

MDOW INSURANCE COMPANY                                                  DEFENDANT

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(A)

The undersigned parties do hereby stipulate that this matter is dismissed without prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Plaintiffs are investigating the possible inclusion of an additional defendant in this case. The parties agree that in the interest of fairness and justice to the current parties and any potential additional parties, that this matter should be dismissed at this time.

Attorney for MDOW Insurance Company
MUNSON, ROWLETT, MOORE & BOONE, P.A.
Regions Center
400 W. Capitol Avenue, Suite 1900
Little Rock, Arkansas 72201
(501) 374-6535
mark.breeding@mrmblaw.com

By: /s/ Mark Breeding
Mark S. Breeding, ABN 89149


Attorney for Mariah Gayler and Freda Phillips
Kim Kelley, P.A.
104 N. Third St.
Heber Springs, AR 72543
(501) 365-3930
kim.kelley.law@gmail.com

by:/s/ Kim Kelley
Kim Kelley, ABN 92187