IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARIAH GAYLER and          *
FREDA CRUSE PHILLIPS,       *
                           *
            Plaintiffs      *
vs.                         *        No. 1:12-cv-00118-SWW
                           *
                           *
MDOW INSURANCE COMPANY,     *
                           *
            Defendant.      *

ORDER

Pursuant to the parties' stipulation of voluntary dismissal [doc.#9], this action is

hereby dismissed without prejudice.


IT IS SO ORDERED this 30th day of December 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE