IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| MARIAH GAYLER and<br>FREDA CRUSE PHILLIPS,<br><br>Plaintiffs<br>vs.<br><br>MDOW INSURANCE COMPANY,<br><br>Defendant. | *<br>*<br>*<br>*<br>*    No. 1:12-cv-00118-SWW<br>*<br>*<br>*<br>*<br>* |

## ORDER

Pursuant to the parties' stipulation of voluntary dismissal [doc.#9], this action is hereby dismissed without prejudice.

IT IS SO ORDERED this 30th day of December 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE